**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Gary F. Glycenfer** | **BK NO. 16-03824 JJT** |
| **Debtor(s)** | **Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Pinta, LLC for the benefit of Wachovia Capital Markets, LLC and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  412-430-3594