IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                CASE NO.: 5:16-bk-03824-JJT

GARY F. GLYCENFER,                     CHAPTER 13

      Debtor.
_____/

**NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION
MORTGAGE FEES, EXPENSES AND CHARGES FILED JULY 20, 2017**

      Comes now Evan S. Singer of the Padgett Law Group and hereby withdraws Ditech Financial LLC f/k/a Green Tree Servicing LLC's Notice of Postpetition Mortgage Fees, Expenses and Charges filed July 20, 2017.

      DATED this __2nd__ day of August, 2017.

                                                   Respectfully submitted,

                                                   S/ Evan S. Singer
                                                   _____
                                                   Evan S. Singer
                                                   Padgett Law Group
                                                   6267 Old Water Oak Road
                                                   Suite 203
                                                   Tallahassee, Florida 32312
                                                   (850) 422-2520 (telephone)
                                                   (850) 422-2567 (fax)
                                                   bkcrm@padgettlaw.net
                                                   Authorized Agent for Creditor

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this the ___2nd___ day of August, 2017, a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronically to**:**

Debtor
Gary F. Glycenfer
39 Mountain Rd
Shickshinny, PA 18655-4418

Trustee
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Attorney for Debtor
David J. Harris
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

                                                S/ Evan S. Singer
                                                _____
                                                Evan S. Singer