IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:     CASE NO.: 5:16-bk-03824-JJT

GARY F. GLYCENFER,     CHAPTER 13

    Debtor.
_____/

**AMENDED NOTICE OF WITHDRAWAL OF NOTICE OF POSTPETITION
MORTGAGE FEES, EXPENSES AND CHARGES FILED JULY 20, 2017**

Comes now Evan S. Singer of the Padgett Law Group and hereby withdraws Ditech Financial LLC f/k/a Green Tree Servicing LLC's Notice of Postpetition Mortgage Fees, Expenses and Charges filed July 20, 2017.

DATED this __2nd__ day of August, 2017.

           Respectfully submitted,

           S/ Evan S. Singer
           _____
           Evan S. Singer
           Padgett Law Group
           6267 Old Water Oak Road
           Suite 203
           Tallahassee, Florida 32312
           (850) 422-2520 (telephone)
           (850) 422-2567 (fax)
           bkcrm@padgettlaw.net
           Authorized Agent for Creditor

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this the ___2nd___ day of August, 2017, a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronically to**:**

Debtor
Gary F. Glycenfer
39 Mountain Rd
Shickshinny, PA 18655-4418

Trustee
Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Attorney for Debtor
David J. Harris
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

                                                                                           S/ Evan S. Singer
                                                                                           _____
                                                                                           Evan S. Singer

# Delaware

## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190  8100M

151168309

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 2641973

DATE: 08-13-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND:** The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD:** The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH:** The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH:** The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH:** A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

**GREEN TREE SERVICING LLC**

By: *[signature]*
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

*[Certificate of Merger]*