# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   GARY F. GLYCENFER                                    CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                                                             CASE NO:   5-16-03824-JJT

GARY F. GLYCENFER

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on February 26, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of February 26, 2018, the Debtor(s) is/are $4380.64 in arrears with a plan payment having last been made on Dec 07, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                       Respectfully Submitted,
                                                       /s/  Liz Joyce
                                                      for Charles J. DeHart, III, Trustee
                                                      8125 Adams Drive, Suite A
                                                      Hummelstown, PA  17036
                                                      Phone:  (717) 566-6097

Dated: February 26, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GARY F. GLYCENFER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

GARY F. GLYCENFER

CASE NO: 5-16-03824-JJT

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on February 26, 2018.

DAVID J. HARRIS, ESQUIRE
69 PUBLIC SQUARE
SUITE 700
WILKES-BARRE, PA  18701-

GARY F. GLYCENFER
39 MOUNTAIN RD.
SHICKSHINNY, PA  18655-4418

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  February 26, 2018