```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 16-03824-JJT
Gary F. Glycenfer                                         Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: LyndseyPr          Page 1 of 1          Date Rcvd: Feb 27, 2018
                             Form ID: pdf010          Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db             Gary F. Glycenfer,    39 Mountain Rd,   Shickshinny, PA 18655-4418
cr            +Highway Federal Credit Union,   1843 Highway 315,    Pittston, PA 18640-6101
4839667       +Attorney John Fisher,   126 South Main Street,    Pittston, PA 18640-1741
4833712        Ditech Financial, LLC,    PO Box 6176,   Rapid City, SD  57709-6176
4833713       +Geisinger Health System,    100 North Academy Avenue,   Danville, PA 17822-0001
4833710        Glycenfer Gary F,   39 Mountain Rd,   Shickshinny, PA  18655-4418
4833714       +Highway FCU,   1843 Highway 315,   Pittston, PA 18640-6101
4839668       +Highway Federal Credit Union,    126 South Main Street,   Pittston, PA 18640-1739
4833711        Law Office of David J Harris,    67-69 Public Sq Ste 700,   Wilkes Barre, PA  18701-2515
4833715       +Luzerne County Tax Claim Bureau,    200 North River Street,   Luzerne County Courthouse,
                Wilkes-Barre, PA 18711-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2018 19:12:40     Ditech Financial LLC,
                PO BOX 6154,   RAPID CITY, SD 57709-6154
cr             E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2018 19:12:40
                Ditech Financial LLC f/k/a Green Tree Servicing LL,   P.O. Box 6154,
                Rapid City, SD  57709-6154
4850637       +E-mail/Text: bnc@atlasacq.com Feb 27 2018 19:12:32     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
4847906        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 19:16:38
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4875937        E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2018 19:12:40     Pinta, LLC,
                c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4875969*      +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
          Atlas Acquisitions LLC    bk@atlasacq.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          David J. Harris    on behalf of Debtor 1 Gary F. Glycenfer dh@lawofficeofdavidharris.com,
           davidharrisesqign@gmail.com
          James Warmbrodt    on behalf of Creditor   Pinta, LLC for the benefit of Wachovia Capital Markets,
           LLC bkgroup@kmllawgroup.com
          John Fisher    on behalf of Creditor   Highway Federal Credit Union johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GARY F. GLYCENFER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.

Movant(s)

GARY F. GLYCENFER

Respondent(s)

Chapter: 13

Case No.: 5-16-03824-JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: February 27, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)